ERIC A. GALE, Esq. (State Bar No. 172719)
BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887
Email: egale@professionals-law.com

FELDMAN GALE, P.A.
JAMES A. GALE (Fla. Bar No. 371726)
SHEILA Y. HARRISON (State Bar No. 220831)
SUSAN J. LATHAM (Fla. Bar No. 687391)
201 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309

Attorneys for Plaintiff and Counterdefendant
E-LOAN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-LOAN, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELOANS INCORPORATED, a Delaware corporation,<br><br>　　　　　Defendant.<br><br>ELOANS INCORPORATED, a Delaware corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>E-LOAN, INC., a Delaware corporation,<br><br>　　　　　Counterdefendant. | Case No. **C 06 2341 JCS**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

BRADLEY, CURLEY,
ASIANO, BARRABEE &
CRAWFORD, P.C.,
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 06 2341 JCS

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN:

THAT the undersigned hereby stipulate to continue the Initial Case Management Conference herein, which is currently scheduled for July 21, 2006. All parties in this matter have agreed to change the scheduled hearing date due to a conflict and they respectfully request to the Court to continue the Initial Case Management Conference from July 21, 2006 to August 4, 2006.

IT IS SO STIPULATED.

FELDMAN GALE, P.A.

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.

Dated: June 26, 2006     /s/ Eric A. Gale
ERIC A. GALE
Attorneys for Plaintiff and Counterdefendant
E-LOAN, INC.

LAW OFFICES OF LAWRENCE G. TOWNSEND

Dated: June 26, 2006     /s/ Lawrence G. Townsend
LAWRENCE G. TOWNSEND
Attorneys for Defendant and Counterclaimant
ELOANS INCORPORATED

F:\DOCS\ELO\6918\P\Stip to Cont CMC.wpd

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.,
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 06 2341 JCS

# ~~PROPOSED~~ ORDER TO STIPULATION

*PURSUANT TO STIPULATION, IT IS SO ORDERED:*

The Initial Case Management Conference is continued from July 21, 2006 to August 4, 2006. The joint case management conference statement shall be due by July 28, 2006.

Dated: June 29, 2006  _____

*The H[on.] [Joseph] C. Spero*
*Magis[trate Judge]* *U.S. District Court*

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

F:\DOCS\ELO\6918\P\Stip to Cont CMC.wpd

BRADLEY, CURLEY,
ASIANO, BARRABEE &
CRAWFORD, P.C.,
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C 06 2341 JCS