6918 - ELO  EAG

1

JAMES A. GALE (Fla. Bar No. 371726)
2  FELDMAN GALE, P.A.
Miami Center, 19th Floor
3  201 S. Biscayne Blvd.
Miami, FL 33131-4332
4  Telephone: (305) 358-5001
Facsimile: (305) 358-3309

5

BRADLEY, CURLEY, ASIANO, BARRABEE &
6  CRAWFORD, P.C.
ERIC A. GALE (State Bar No. 172719)
7  1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
8  Telephone: (415) 464-8888
Facsimile: (415) 464-8887

9

LAWRENCE G. TOWNSEND (State Bar No. 88184)
10  LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
11  San Francisco, CA 94105
Telephone: (415) 882-3288
12  Facsimile: (415) 882-3299

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  E-LOAN, INC., a Delaware corporation,          No. C 06 2341 JCS

17              Plaintiff,                          MEDIATOR'S SETTLEMENT TERM
                 v.                                 SHEET AGREEMENT
18
     ELOANS INCORPORATED, a Delaware
19  corporation,

20              Defendant.

21
     ELOANS INCORORPORATED, a Delaware
22  corporation,

23              Counterclaimant,

24              v.

25  E-LOAN, INC., a Delaware corporation,

26              Counter defendant.

27

28
     SF/21688757.1
     _____
      MEDIATOR'S SETTLEMENT TERM SHEET AGREEMENT, CASE NO. 06 2341 JCS

1    Whereas, Plaintiff E-Loan, Inc. filed an action against Defendant Eloans

2  Incorporated on April 3, 2006 alleging, *inter alia*, trademark infringement, unfair competition,

3  passing off, violation of California Business & Professions Code § 14335, violation of California

4  Common Law Unfair Competition and Passing Off, and violation of California Business &

5  Professions Code §§ 17200, *et seq.*, relating to, *inter alia*, Defendant's use of the domain name

6  "eloans.com";

7    Whereas, Defendant Eloans Incorporated filed an answer, affirmative defenses

8  and counterclaim and sought, among other things, to cancel plaintiff's federal trademark

9  registrations; and

10    Whereas, the parties held a mediation before Beth Parker, Esq. on October 10,

11  2006 pursuant to this court's ADR Rules.

12    Therefore, pursuant to the mediation, the parties have agreed to settle the instant

13  case on the grounds set forth herein pursuant to this Mediator's Settlement Term Sheet

14  Agreement.

15    The parties agree as follows:

16    1.    That Plaintiff E-Loan, Inc. is the owner of the following five United States

17  Patent Trademark Office service mark registrations (collectively the "E-Loan® service marks").

18    a.    E-LOAN®—U.S. Registration No. 2,885,929.   Registered on
19    September 21, 2004, for, *inter alia*, "lending services namely
     providing on line applications for mortgages and consumer loans;
20    direct forwarding of on-line mortgage and consumer loan
     applications to lending institutions; mortgage brokerage services,
21    all rendered via a global computer network."

22    b.    E-LOAN and design®—U.S. Registration No. 2,885,824.
     Registered on September 21, 2004, for, *inter alia*, "lending
23    services namely providing on line applications for mortgages and
     consumer loans; direct forwarding of on-line mortgage and
24    consumer loan applications to lending institutions; mortgage
     brokerage services, all rendered via a global computer network."
25    The E-LOAN and design® mark appears as follows:

26    

27

28

MEDIATOR'S SETTLEMENT TERM SHEET AGREEMENT, CASE NO. 06 2341 JCS

c.     E-LOAN EXPRESS®—U.S. Registration No. 2,579,051. Registered on June 11, 2002, for, *inter alia*, "services for the mortgage banking industry, namely mortgage banking and mortgage brokerage provided via electronic computer communications networks."

d.     MY E-LOAN®—U.S. Registration No. 2,523,218. Registered on December 25, 2001, for, *inter alia*, "financial services, namely, mortgage brokerage and lending services, consumer lending services, and commercial lending services offered via electronic communications networks."

e.     ELOAN.COM® – U.S. Registration No. 3,003,136. Registered on October 4, 2005, for, *inter alia*, "services for the mortgage banking industry, namely mortgage banking and mortgage brokerage provided via electronic computer communications networks."

2.     Defendant Eloans, Incorporated, its agents, employees, officers and directors (collectively herein the "Defendant") acknowledge the validity of plaintiff's E-Loan Service Marks and agree not to use said E-Loan Service Marks or any confusingly similar variations thereof.

3.     That the Defendant will take all steps necessary to transfer the domain name "eloans.com" and all of Defendant's right, title, and interest therein to Plaintiff within five (5) days after the execution of this Agreement at no cost to Plaintiff, provided that Plaintiff agrees to pay for any administrative or other charges imposed by the domain registrar, Monikers.com, directly relating to such transfer. Defendant agrees to execute any and all other documents that are required to effectuate the transfer of said eloans.com domain name and, if necessary, agrees to appoint Plaintiff E-Loan, Inc., their agents or attorneys as attorneys-in-fact to execute any documents necessary to effectuate the terms of this Agreement.

4.     Plaintiff E-Loan, Inc., agrees not to use, transfer or sell said eloans.com domain name, except as set forth herein, to any third party. In the event Plaintiff E-Loan, Inc. does use, sell or transfer or activate said eloans.com domain name, Plaintiff E-Loan, Inc. will pay to Defendant, or its designee, the liquidated damage sum of $85,000, plus five percent interest from the date of transfer of the eloans.com domain name to Plaintiff. For purposes hereof, a "transfer" of the eloans.com domain name by Plaintiff to an affiliate of Plaintiff within the Popular, Inc. family of companies shall not constitute a transfer giving rise to the obligation to

SF/21688757.1

3

1   pay the aforesaid $85,000 to Defendant.  In addition, the terms "use' or "activate" as set forth

2   herein shall mean solely and exclusively:  (1) conducting any business through the eloans.com

3   domain with the intent of obtaining payments in connection therewith or deriving profits

4   therefrom; or (2) re-directing any visitors to the eloans.com domain to another website for

5   purposes of increasing business conducted through that other website.  The terms "use" or

6   "activate" as set forth herein shall not include the mere ownership of the eloans.com domain or

7   bidding on the keyword "eloans" through any of the major Internet search engines, including,

8   without limitation, Google, MSN, and Yahoo.

9            5.      The parties agree that this Agreement, and any subsequent formal

10   Agreement upon which this agreement is based, is assignable by Plaintiff E-Loan, Inc., either by

11   way of stock sale, merger, or the sale of all, or substantially all, of the assets of Plaintiff E-Loan,

12   Inc., without further permission or authorization from Defendant.  Defendant may not transfer its

13   obligations hereunder without the expressed written permission of Plaintiff E-Loan, Inc., which

14   permission may be unreasonably withheld.

15            6.      The parties release each other from all claims they may have against each

16   other relating to this dispute effective as of the date of transfer of the domain name eloans.com to

17   Plaintiff E-Loan, Inc.  The parties contemplate exchanging mutual releases so as to set forth the

18   recitations under Civil Code Section 1542.

19            7.      In the event of any breach of this Agreement, the prevailing enforcing

20   party shall be entitled to reasonable attorney's fees and costs.

21            8.      The parties to this Agreement agree that this Court has continuing

22   jurisdiction of this matter and of this Agreement, or any subsequent more formal agreement, so

23   as to enforce the terms, purpose and intent of this Agreement.

24            9.      In the event of any breach of this Agreement, or any subsequent more

25   formal agreement, the parties shall be entitled to immediate injunctive relief and/or specific

26   performance.

27            10.     In the event of any action, claim or suit relating to or arising from the

28   terms of this Agreement, the parties herein agree to consent to have said action, claim or suit

SF/21688757.1                                    4

MEDIATOR'S SETTLEMENT TERM SHEET AGREEMENT, CASE NO. 06 2341 JCS

1    brought in the Federal Court for the Northern District of California, and expressly waive the right

2    to proceed in any other jurisdiction or forum.

3    Dated:  October 10, 2006

4

5                                          By: _____

6                                               James A. Gale
                                              Attorneys for Plaintiff, E-Loan, Inc.

7    Dated:  October 10, 2006

8

9                                          By: _____

10                                              Lawrence G. Townsend
                                             Attorneys for Defendant and Counterclaimant,
11                                                ELOANS INCORPORATED

12   Dated:  October 10, 2006

13

14                                         _____
                                              Ylenia Lopez
                                             Plaintiff E-Loan, Inc.

15   Dated:  October 10, 2006

16

17                                         _____
                                              Gregory Ricks
18                                           Defendant Eloans Incorporated

19   Dated:  October __, 2006

20

21                                         _____
                                              Beth H. Parker
                                              Mediator

22           Pursuant to paragraph 8 above, the Court herein retains jurisdiction to enforce the

23   terms of this agreement.

24           IT IS SO ORDERED.

25   Dated:  October 18, 2006

26

27                                         _____
                                              Judge Joseph C. Spero
28

SF/21688757.1                         5

MEDIATOR'S SETTLEMENT TERM SHEET AGREEMENT, CASE NO. 06 2341 JCS