LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299

Attorneys for Defendant and Counterclaimant
ELOANS INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-LOAN, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>ELOANS INCORPORATED, a Delaware corporation,<br><br>              Defendant.<br>_____<br>ELOANS INCORPORATED, a Delaware corporation,<br><br>              Counterclaimant,<br><br>vs.<br><br>E-LOAN, INC., a Delaware corporation,<br><br>              Counterdefendant.<br>_____ | Case No. C 06 2341 JCS<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION** |

Pursuant to F.R.C.P. 41(a)(l)(i), the parties herein, by and through their counsel of record, hereby stipulate that the entire action, including the complaint and counterclaim, be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

1

Stipulation and Order re Dismissal of Entire Action; Case No: C 06 2341 JCS

| | | |
|---|---|---|
| 1 | Dated: October 25, 2006 | LAW OFFICES OF LAWRENCE G. TOWNSEND |
| 2 | | |
| 3 | | By:   /s/ Lawrence G. Townsend |
| | | Lawrence G. Townsend |
| 4 | | Attorneys for Defendant and Counterclaimant ELOANS INCORPORATED |
| 5 | | As the filing attorney, I attest that the foregoing is accepted by counsel signing below. |
| 6 | | |
| 7 | Dated: October 25, 2006 | FELDMAN & GAYLE |
| 8 | | |
| 9 | | By:   /s/ James A. Gale |
| 10 | | |
| 11 | | |
| 12 | Dated: October 25, 2006 | BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD PC |
| 13 | | |
| 14 | | |
| 15 | | By:   /s/ Eric A. Gale |
| 16 | | Attorneys for Plaintiff and Counterdefendant E-LOAN, INC. |

**IT IS SO ORDERED.**

Dated:   October 25, 2006

Joseph C. Spero
United States Magistrate Judge

S:\LGT-TENA\Eloans\Pleading\Stipulation-OrderDismissal.wpd

2

Stipulation and Order re Dismissal of Entire Action; Case No: C 06 2341 JCS